Mark R. Pachowicz (SBN: 138108)
Jonny R. Russell (SBN: 297468)
**LAW OFFICES OF MARK PACHOWICZ**
**A PROFESSIONAL LAW CORPORATION**
771 E. Daily Dr., Ste. 230
Camarillo, CA  93010
Ph: 805-987-4975  Fax: 805-987-4980
Mark@pachowicz.com
Jonny@pachowicz.com

Attorneys for Defendant, MARCELO OSCAR BEDETTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO OSCAR BEDETTI,<br><br>                     Plaintiff,<br><br>          v.<br><br>CITY OF LONG BEACH et al.<br><br>                     Defendants | Case No. CV 14-09102 DMG (JCx)<br>[*Assigned to Honorable Dolly M. Gee*]<br><br>PROTECTIVE ORDER |

  Having considered the parties' Stipulation for Protective Order, the Court finds good cause exists to grant the parties' joint request.

  IT IS HEREBY ORDERED that the Stipulation for Protective Order is approved and the Protective Order is entered with the following modifications:  (1) the cross-references in Paragraph 5 to Paragraphs 4(j), 4(j)(i), 4(a) and 4(e) are corrected to/replaced with cross-references to Paragraphs 5(j), 5(j)(i), 5(a) and 5(e); and (2) Neither Paragraph 7, nor any other portion of the Protective Order impose any obligation upon the Court/Court personnel.

  DATED:  October  20 , 2015            _____/s/_____
                                        Magistrate Judge Jacqueline Chooljian

**ORDER FOR STIPULATION FOR PROTECTIVE ORDER**