# EXHIBIT "A"

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

**DECLARATION OF HOWARD D. RUSSELL**

I, HOWARD D. RUSSELL, SAY:

That I am an attorney at law, licensed to practice in all of the state courts in the State of California, the United States District Court, Central District and the United States Court of Appeals for the 9th Circuit, and am a deputy city attorney with the Long Beach City Attorney's Office, attorneys of record for the CITY OF LONG BEACH, et al. I am the attorney with principal responsibility for the defense of Plaintiff's action and for the handling of this case. Consequently, I am familiar with the files, records and pleading contained herein. If called as a witness, I would testify to the following facts:

1. Officer David Corcoran is my client. During this case, it came to my attention that Officer Corcoran was severely injured while on-duty in November 2015. I am also aware of medical complications during Officer Corcoran's recovery.

2. I previously informed plaintiff's counsel, Mark Pachowicz, that Officer Corcoran was injured and was not available for deposition on the date originally noticed by plaintiff's counsel.

3. Plaintiff's counsel has noticed other dates for Officer Corcoran's deposition, but Officer Corcoran has been unavailable due to injury.

4. Officer Corcoran is scheduled to be off-duty until at least September 30, 2016. After speaking with Long Beach Police personnel, I have learned that Officer Corcoran may be out-of-work well beyond that date.

5. At the hearing on plaintiff's motion to compel Officer Corcoran's deposition, as well in conversation between counsel, Mr. Pachowicz expressed concern about taking Officer Corcoran's deposition before Officer Corcoran was

sufficiently recovered to give his best testimony. Mr. Pachowicz also said that he may need to do additional discovery based on Officer Corcoran's deposition testimony.

6. The fact discovery cut-off in this case is September 27, 2016. Based on Officer Corcoran's uncertain availability for deposition, extending the fact discovery cut-off, as well as the other pretrial deadlines and trial date, for approximately 120 days is necessary.

7. On September 13, 2016, I received an email from Mr. Pachowicz' office requesting that I file an ex parte to continue the trial date and pretrial deadlines. The email included a "Schedule of Pretrial & Trial Dates Worksheet," which is attached as Exhibit "B."

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 9/14/2016 in Long Beach, California.

Howard D. Russell

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664