## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 14-9102-DMG (JCx) | Title | Marcelo Oscar Bedetti v. City of Long Beach, et al. |
|---|---|---|---|

| Judge | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

**FILED**
**CLERK, U.S. DISTRICT COURT**

May 8, 2017

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____KT_____ DEPUTY

| Dates of Trial or Hearing | 5/2/17 -5/5/17; 5/8/17 |
|---|---|
| Court Reporters or Tape No. | Anne Kielwasser; Carol Zurborg |
| Deputy Clerks | Kane Tien |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Mark R. Pachowicz | Howard D. Russell |
| Jonathan Russell | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED EXHIBITS AND WITNESS LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MARK PACHOWICZ  (SBN 138108)
*Mark@pachowicz.com*
Jonny Russell (SBN 297468)
*Jonny@pachowicz.com*
Law Offices of Mark Pachowicz, APLC
771 Daily Drive, Suite 230
Camarillo, CA 93010
Tel:  (805) 987-4975
Attorneys for Plaintiff, MARCELO OSCAR BEDETTI

CHARLES PARKIN, City Attorney
Howard D. Russell, Deputy City Attorney (SBN: 163595)
Office of the City Attorney, Long Beach, CA
333 West Ocean Blvd., 11th Floor
Long Beach, CA 90802
Tel: 562-570-2233; Fax: 562-436-1579
Howard.Russell@longbeach.gov
Attorneys for Defendants, CITY OF LONG BEACH, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO OSCAR BEDETTI<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a Municipal Corporation formed upon a Charter; Long Beach Police Department, a public entity; JIM MCDONNELL, individually and in his capacity as Chief of Police; DAVID J. CORCORAN #5719, individually and in his capacity as a Police Officer; DOUGLAS E. BACON #5384, individually and in his capacity as a Police Officer; ROQUE O. FOSTER #5696, individually and in his capacity as a Police Officer; ALEXANDER M. SALDANA #5497, individually and in his capacity as a Police Officer; RANDALL JAMES BEACH #10071, individually and in his capacity as a Police Officer; JASON LEHMAN #10031, individually and in his | Case No.:  CV14-09102 DMG (JCx)<br><br>**JOINT EXHIBIT LIST**<br><br>Judge:  Hon. Dolly M. Gee<br><br>Trial Date:        May 2, 2017<br>Pre-Trial Date:   April 4, 2017 |

1

1  capacity as a Police Officer; AND DOES
   1-20

2                    Defendants.

3

4

5      TO THIS HONORABLE COURT:

6      WHEREAS, the Pretrial Conference is scheduled for April 4, 2017 at 2:00

7  p.m., the Plaintiff submits the parities Joint Exhibit List as follows:

| Exhibit Letter | Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| A | A-1 | Bedetti Identification Card-Front | MAY - 4 2017 | MAY - 4 2017 |
|   | A-2 | Bedetti Identification Card-Back | MAY - 4 2017 | MAY - 4 2017 |
| B |   | **Marcelo Bedetti** |   |   |
|   | B-1 -2 | Bedetti's Face (2 pp.) | MAY - 2 2017 | MAY - 2 2017 |
|   | B-2 | Bedetti's Arms (4 pp.) |   |   |
|   | B-3 -2 | Bedetti's Legs (2pp.) | MAY - 5 2017 | MAY - 5 2017 |
|   | B-4 | Bedetti's holster | MAY - 5 2017 | MAY - 5 2017 |
|   | B-5 -1 -2 | Bedetti's off duty firearm (2pp.) | MAY - 4 2017 | MAY - 4 2017 |
|   | B-12 | Internal Affairs Statement * (initial) Audio |   |   |
|   | B-13 | Internal Affairs Statement * (follow up) Audio |   |   |
|   | B-14 | Internal Affairs Statement * Transcript (initial) | MAY - 5 2017 |   |
|   | B-15 | Internal Affairs Statement * Transctip (Follow up) |   |   |
|   | B-16 | Trial Transcript * |   |   |
|   | B-18 | Deposition Transcript Excerpts * |   |   |
|   | B-19 | Deposition Transcript (Full) |   |   |
| C |   | **Officer David Corcoran** |   |   |
|   | C-1 -2 | Police Report * | MAY - 3 2017 |   |
|   | C-2 | Photo of Officer Corcoran front |   |   |
|   | C-3 | Photo of Officer Corcoran side |   |   |

2

**JOINT EXHIBIT LIST**

| | C-4 | Trial Transcript * | | |
|---|---|---|---|---|
| | C-13 | Internal Affairs History / Citizen Complaint History / Use of Force History (pp. 20) (RFP 20:000001 – RFP 20:000021) * | | |
| | C-16 | Audio Internal Affairs * | | |
| | C-17 | Corcoran's Internal Affairs Statement * | | |
| | C-18 | Corcoran's Deposition Transcript Excerpts Vol. I * | | |
| | C-18A | Corcoran's Deposition Transcript Excerpts Vol. II * | | |
| | C-19 | Corcoran Deposition Transcript Vol. I (full transcript) * | MAY – 3 2017 | |
| | C-20 | Corcoran Deposition Transcript Vol. II (full transcript) * | | |
| | C-20-0 | Corcoran deposition video clip * 58:14 to 59:13 | | |
| | C-20-01 | Corcoran deposition video clip * 244:5-18 | | |
| | C-20-1 | Corcoran deposition video clip * 37:11 to 40:9 | | |
| | C-20-2 | Corcoran deposition video clip * 37:11-16 | | |
| | C-20-3 | Corcoran deposition video clip * 38:12-13 | | |
| | C-20-4 | Corcoran deposition video clip * 40:5-6 | | |
| | C-20-5 | Corcoran deposition video clip * 109:7-10 | | |
| | C-20-6 | Corcoran deposition video clip * 132:23 to 133:1 | | |
| | C-20-7 | Corcoran deposition video clip * 179:7-11 | | |
| | C-20-8 | Corcoran deposition video clip * 94:6-10 | | |
| | C-20-9 | Corcoran deposition video clip * 99:12-16 | | |
| | C-20-10 | Corcoran deposition video clip * 94:11-13 | | |
| | C-20-11 | Corcoran deposition video clip * | | |

3

| | | | |
|---|---|---|---|
| | | 95:7-10 | |
| | C-20-12 | Corcoran deposition video clip * 231:20-23 | |
| | C-20-13 | Corcoran deposition video clip * 244:1-12 | |
| | C-20-14 | Corcoran deposition video clip * 54:9-16 | |
| | C-20-15 | Corcoran deposition video clip * 46:15 to 47:12 | |
| | C-20-16 | Corcoran deposition video clip * 72:14-17 | |
| | C-20-17 | Corcoran deposition video clip * 59:14 to 60:15 | |
| | C-20-18 | Corcoran deposition video clip * 61:15-18 | |
| | C-20-19 | Corcoran deposition video clip * 182:19 to 183:1 | |
| | C-20-20 | Corcoran deposition video clip * 83:3-24 | |
| | C-20-21 | Corcoran deposition video clip * 85:20 to 86:23 | |
| | C-20-22 | Corcoran deposition video clip * 86:10-15 | |
| | C-20-23 | Corcoran deposition video clip * 83:3-24 | |
| **D** | | **Officer Randall Beach** | |
| | D-1 | Police Report * | MAY – 2 2017 |
| | D-2 | Trial Transcript * | MAY – 2 2017 |
| | D-14 | Audio Internal Affairs Statement * | |
| | D-15 | Internal Affairs Statement * | |
| | D-16 | Deposition Transcript Excerpts * | |
| | D-17 | Deposition Transcript (full) * | |
| | D-17-1 | Beach deposition video clip * 110:2 to 124:16 | |
| | D-17-2 | Beach deposition video clip * 78:19-25 | |
| | D-17-3 | Beach deposition video clip * | |

4

| | | | | |
|---|---|---|---|---|
| | | 55:7-16 | | |
| | D-17-4 | Beach deposition video clip 82:2-8 | * | |
| | D-17-5 | Beach deposition video clip 82:9-11 | * | |
| | D-17-6 | Beach deposition video clip 79:25 to 81:23 | * | |
| | D-17-7 | Beach deposition video clip 116:11 to 117:10 | * | |
| | D-17-8 | Beach deposition video clip 119:8 to 120:3 | * | |
| | D-17-9 | Beach deposition video clip 110:2-17 | * | |
| E | | | | |
| | | **Officer  Alexander Saldana** | | |
| | E-1 ~~2~~ | Police Report | * | MAY – 4 2017 |
| | E-2 | Trial Transcript | * | |
| | E-11 | Photo of Saldana front | | |
| | E-12 | Photo of Saldana side | | |
| | E-13 | Internal Affairs History / Citizen Complaint History / Use of Force History (pp. 16) (RFP 37:000001 – RFP 37:000016) | * | |
| | E-15 | Audio Internal Affairs Statement | * | |
| | E-16 | Internal Affairs Statement | * | |
| | E-17 | Deposition Transcript Excerpts | * | |
| | E-18 | Deposition Transcript (full) | * | MAY – 4 201 |
| | E-18-1 | Deposition video clip 78:21-25 | * | |
| | E-18-2 | Deposition video clip 94:7-17 | * | |
| | E-18-3 | Deposition video clip 62:15-22 | * | |
| | E-18-4 | Deposition video clip 176:5-8 | * | |
| | E-18-5 | Deposition video clip 225:25 to 226:2 | * | |
| | E-18-6 | Deposition video clip 122:21-23 | * | |

5

| | | | |
|---|---|---|---|
| E-18-17 | Deposition video clip  *  156:5-8 | | |
| **F** | | **Officer Roque Foster** | |
| | F-1 | Police Report                              * | |
| | F-2 | Trial Transcript               *MAY – 4 2017 | |
| | F-9 | Internal Affairs History / Citizen Complaint History / Use of Force History (pp. 9) (RFP 32:000001 – RFP 32:000009)                     * | |
| | F-11 | Audio Internal Affairs Statement                              * | |
| | F-12 | Internal Affairs Statement      * | |
| | F-12A | Audio Internal Affairs Statement                              * | |
| | F-13 | Deposition Transcript Excerpts * | |
| | F-14 | Deposition Transcript (full)     * | |
| | F-14-1 | Deposition video clip  *  58:16 to 59:5 | |
| | F-14-2 | Deposition video clip  *  111:24 to 113:2 | |
| | F-14-3 | Deposition video clip  *  130:2-8 | |
| | F-14-4 | Deposition video clip  *  110:8-23 | |
| | F-14-5 | Deposition video clip  *  155:10-12 | |
| | F-14-6 | Deposition video clip  12:42:51 – 12:43:07 * | |
| **G** | | **Officer Douglas Bacon-Notice of Deposition** | |
| | G-1 | Police Report- Bedetti Incident  * | |
| | G-2 ⌐¹ | Police Report                        * MAY – 3 2017 | |
| | G-12 | Internal Affairs History / Citizen Complaint History / Use of Force History (pp. 9) (RFP 26:000001 – RFP  26:000009)                    * | |
| | G-15 | Internal Affairs Statement      * | |
| | G-16 | Internal Affairs Statement- Audio                                  * | |
| | G-17 | Deposition Transcript Excerpts * | |
| | G-18 | Deposition Transcript (full)      * | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | G-18-1 | Deposition Video Clip  *  202:9-12 | | |
| | G-18-2 | Deposition Video Clip  *  203:22-23 | | |
| | G-18-3 | Deposition Video Clip  *  127:17-18 | | |
| | G-18-4 | Deposition Video Clip  *  101:3-11 | | |
| **H** | | **Chief Jim McDonnell** | | |
| | H-5 | Requests for Admissions, Set One                                    * | | |
| | H-6 | Responses to Requests for Admissions, Set One              * | | |
| | H-7 | Response to Deposition Questions Set 1 – Excerpts    * | | |
| | H-8 | Response to Deposition Questions Set 1 – Full            * | | |
| **I** | | **Injuries** | | |
| | I-1 | Bedetti's Medical Records-Kaiser-Charting                    * | MAY = 4 2017 | MAY = 4 2017 |
| | I-4 | Richard S. Lim M.D. Deposition Transcript                    * | | |
| **J** | | **Felipe Baeza** | | |
| | J-1 | Internal Affairs Interview          * | | |
| | J-1A | Audio Internal Affairs Interview* | | |
| | J-2 | Follow-up Internal Affairs Interview                             * | | |
| | J-2A | Audio  Follow-up Internal Affairs Interview                  * | | |
| | J-3 | Deposition Transcript Excerpts  * | | |
| | J-4 | Deposition Transcript (Full)        * | | |
| **K** | | **Officer Kent** | | |
| | K-1 | DRE Examination Report          * | | |
| | K-2 | Trial Transcript Excerpts           * | | |
| | K-3 | Internal Affairs Statement        * | | |

| | K-3A | Audio Internal Affairs Statement * | | |
|---|---|---|---|---|
| | K-4 | Trial Transcript (full) * | | |
| L | | **Officer Jason Lehman** | | |
| | L-1 | Police Report * MAY – 3 2017 | | |
| | L-10 | Internal Affairs History / Citizen Complaint History / Use of Force History (pp. 26) (RFP 49:000001 – RFP 49:000026) * | | |
| | L-14 | Internal Affairs Statement * | | |
| | L-14A | Audio Internal Affairs Statement * | | |
| | L-15 | Deposition Transcript Excerpts * | | |
| | L-16 | Deposition Transcript (full) MAY – 3 2017 | | |
| | L-16-1 | Deposition Video Clip * 195:21 to 196:14 | | |
| | L-16-2 | Deposition Video Clip * 120:1-7 | | |
| | L-16-3 | Deposition Video Clip * 149:5-18 | | |
| | L-16-4 | Deposition Video Clip * 130:9 to 131:2 | | |
| | L-16-5 | Deposition Video Clip * 133:7-17 | | |
| | L-16-6 | Deposition Video Clip * 185:22 to 186:2 | | |
| M | | **CITY OF LONG BEACH** | | |
| | M | LBPD Manual Early Warning System (EWS) | | |
| | M-2 | LBPD Manual – Conduct Toward the Public (Policy 3.4) (pp. 2) (Bates RFP 10:000027 – RFP 10:000028) | | |
| | M-3 | LBPD Manual – Conduct On-Duty – Prohibited Activity (Policy 3.5) (pp. 1) (RFP | | |

8

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | 10:000028) | | |
| | M-4 | LBPD Manual – Personal Conduct (Policy 3.6) (pp. 1) (RFP 10:000028) | | |
| | M-5 | LBPD Manual – Standard of Conduct (Policy 3.7) (pp. 1) (RFP 10:000028) | | |
| | M-7 | LBPD Manual – Telephones (Policy 3.36) (pp. 1) (RFP 10:000049) | | |
| | M-8 | LBPD Manual – Calls for Service – Response To (Policy 7.1.1) (pp. 1) (RFP 10:000205) | | |
| | M-9 | LBPD Manual – Use of Force (Policy 7.1.2) (pp. 7) (RFP 10:000206 - RFP 10:000212) | | |
| | M-10 | LBPD Manual – Arrests – Force (Policy 7.1.3) (pp. 1) (RFP 10:000212) | | |
| | M-11 | LBPD Manual – Physical Force – Use Of (Policy 7.1.4) (pp. 1) (RFP 10:000212) | | |
| | M-12 | LBPD Manual – Supervisor Response – Field Situations Requiring (Policy 7.1.8) (pp. 3) (RFP 10:000225 – RFP 10:000227) | | |
| | M-13 | LBPD Manual – Field Sergeant Responsibilities (Policy 7.1.9) (pp. 4) (RFP 10:000234 - RFP 10:000237) | | |
| | M-14 | LBPD Manual – Driving Under the Influence (DUI) Arrest (Policy 7.1.13) (pp. 2) (RFP 10:000238 – 10:000239) | | |
| | M-15 | LBPD Manual – Under the Influence – Examination For (Policy 7.1.19) (pp. 1) (RFP 10:000244) | | |

9

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| M-16 | LBPD Manual – Search, Seizure & Arrest (Policy 7.1.20) (pp. 2) (RFP 10:000245 – 10:000246) | | | |
| M-17 | LBPD Manual – Crime Scenes – General Responsibilities (Policy 7.1.21) (pp. 1) (RFP 10:000246) | | | |
| M-21 | Training Bulletin – Arrest & Control Techniques (pp. 4) (RFP 11:000014 – RFP 11:000017)                    * | | | |
| M-27 | Field Training Standard Operating Procedures – Instruction Guide Report Writing (IG-4) (pp. 3) (RFP 15:000141 – RFP 15:000143)                    * | | | |
| M-28 | Field Training Standard Operating Procedures – Instruction Guide Consensual Encounter/Detention/Reasonable Suspicion/Probable Cause (IG-6) (pp. 3) (RFP 15:000151 – RFP 15:000153)                    * | | | |
| M-35 | Job Function Analysis (pp. 11) (RFP 16:000001 – RFP 16:000011)                    * | | | |
| M-36 | Job Descriptions (pp. 5) (RFP 17:000001 – RFP 17:000005)                    * | | | |
| M-37 | Memorandum of Understanding Between the City of Long Beach and the Long Beach Police Officers' Association (pp. 55) (RFP 19:000001 – RFP 19:000055)                    * | | | |
| M-38 | Request for Special Rogs Set 1 to LBPD                    * | | | |
| M-39 | Response by LBPD to Special Rogs Set 1                    * | | | |
| M-40 | Bedetti's Special Interrogatories to City, Set One                    * | | | |

10

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| M-41 | City's Responses to Special Interrogatories, Set One * | | | |
| M-42 | Bedetti's Demand for Production to City, Set One * | | | |
| M-43 | City's Responses to Demand for Production, Set One * | | | |
| M-44 | Bedetti's Demand for Production to City, Set Two * | | | |
| M-45 | City's Responses to Demand for Production, Set Two * | | | |
| M-46 | Bedetti's RFPD Set 5 to City * | | | |
| M-47 | Response by City to RFPD Set 5 * | | | |
| M-48 | Bedetti's Demand for Production to City, Set Three * | | | |
| M-49 | City's Responses to Demand for Production, Set Three * | | | |
| M-50 | Requests for Admissions to City, Set One * | | | |
| M-51 | City's Responses to Requests for Admissions, Set One * | | | |
| M-52 | Manual of LBPD (pp 402) (Bates RFP 10:000001 – RFP 10:000414.) * | | | |
| M-53 | POST Manuals | | | |
| M-53A | #1: "Leadership, Professionalism & Ethics." * | | | |
| M-53B | #2: "Criminal Justice System." * | | | |
| M-53C | #3: "Policing in the Community." * | | | |
| M-53D | #5: "Introduction to Criminal Law." * | | | |
| M-53E | #15: "Laws of Arrest." * | | | |
| M-53F | #18: "Investigative Report Writing." * | | | |

11

| | | | | |
|---|---|---|---|---|
| | M-53G | #20: "Use of Force."                          * | | |
| | M-53H | #21:     "Patrol     Techniques." * | | |
| | M-53I | #23:   "Crimes   in   Progress." * | | |
| | M-53J | #24: "Handling Disputes/Crowd Control." * | | |
| | M-53K | #33:   "Arrest   and   Control." * | | |
| | M-59 | PC 832 Student Workbook, Vol. 3, Investigations          * | | |
| | M-60 | P.O.S.T. Basic Course Workbook, Vol. 3 Glossary Definition of Investigation | | |
| | M-61 | Policy 7.1.18, Public Intoxication | | |
| N | | | | |
| | N-1 | Criminal Trial Transcript (full) Derek Ernst                    * | | |
| | N-2 | Criminal Trial Transcript Excerpts Derek Ernst           * | | |
| | N-3 | Criminal Trial Transcript (full)  * Robert Belcher | | |
| | N-4 | Criminal Trial Transcript           * Excerpts Robert Belcher | | |
| | N-7 | Criminal Trial Transcript (full)  * Eduardo Reyes | | |
| | N-8 | Criminal Trial Transcript           * Excerpts Eduardo Reyes | | |
| | N-24 | Deposition Transcript (full)       * Patrick O'Dowd | | |
| | N-25 | Deposition Transcript Excerpts * of Patrick O'Dowd | | |
| | N-25-1 | Deposition Video Clip- Patrick | | |

12

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | O'Dowd  *<br>30:14-31:8 | | |
| | N-25-2 | Deposition Video Clip– Patrick<br>O'Dowd  *<br>32:15 | | |
| | N-25-3 | Deposition Video Clip- Patrick<br>O'Dowd  *<br>98:13-17 | | |
| | N-25-4 | Deposition Video Clip- Patrick<br>O'Dowd  *<br>98:18 to 99:16 | | |
| | N-25-5 | Deposition Video Clip- Patrick<br>O'Dowd  *<br>71:14-18 | | |
| | N-30 | Follow-Up Police Report of<br>Sergeant Darren Lance | * MAY – 2  2017 | |
| **O** | | **Officer Reports** | | |
| | O-4 | Officer Ternulo Follow-Up    *<br>Police Report | | |
| **P** | | **Photographs** | | |
| | P-1 | Picture of Parking Lot 2 from<br>Skyview | | |
| | P-2 | Parking Lot street view (IMG<br>1727) | MAY – 3  2017 | MAY – 3  2017 |
| | P-3 | Parking Lot Aisle (IMG 1729) | | |
| | P-4 | Parking Lot Corner Area (spaces<br>16/17) IMG 1730 | MAY – 3  2017 | MAY – 3  2017 |
| | P-5 | Three Corner Spots (IMG 1731) | MAY – 3  2017 | MAY – 3  2017 |
| | P-6 | Three Corner Spots-alley view | | |

13

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | (IMG 1732) | | |
| | P-7 | Space #17 (IMG 1733) | | |
| | P-8 | Space # 15 and 16 with Jeep (IMG 1734) | | |
| | P-9 | Space 16 with Jeep parked and door open (IMG 1736) | | |
| | P-10 | View from alley, down aisle with Jeep (IMG  1747) | | |
| | P-11 | From alley, aisle view (IMG 1784) | | |
| | P-12 | Parking space #17-Jeep backed in (IMG 1756) | | |
| | P-13 | View of Space 17, from wall (IMG 1757) | | |
| | P-14 | Corner unit space-(IMG 5409) | | |
| Q | Q | Sergeant LeBaron Deposition Transcript Excerpts        * | | |
| | Q-1 | Sergeant LeBaron Deposition Transcript (full)           * | | |
| | Q-1-1 | Sergeant LeBaron Video Deposition Clip  * 28-13-19 | | |
| | Q-1-2 | Sergeant LeBaron Video Deposition Clip  * 62:4-9 | | |
| R | | **RADIO** | | |
| | R-1 | Radio log                                    * | | |
| S | | **STATISTICS** | | |
| | S-1 | Graph: 2011 to 2012 Use of force | | |

14

| | | | | |
|---|---|---|---|---|
| | | citizen complaints | | |
| | S-2 | Graph: Use of Force Deemed Out of Policy 2010 to 2014 | | |
| V | | **Videos** | | |
| | V-1 | Video from Camera 1 * | MAY – 3 2017 | MAY – 3 2017 |
| | V-2 | Video from Camera 2 * | | |
| | V-3 | Edited camera 1 | MAY – 4 2017 | MAY – 4 2017 |
| | V-4 | Edited camera 2 | MAY – 4 2017 | MAY – 4 2017 |
| | V-5 | Video from Felipe Baeza | | |
| | V-5A | Enhanced video from Felipe Baeza | MAY – 3 2017 | MAY – 3 2017 |
| | V-6 | Surveillance photo of Frederico Mercado standing at the driver's door of Susie Hacopian's vehicle parked in space # 13 on the south side of the parking lot. | | |
| | V-7 | Surveillance photo of Officers Bacon and Corcoran walking at a normal pace eastbound on the Southside of the parking lot from Pine Street. | | |
| | V-8 | Surveillance photo of Susie Hacopian stepping into view eastbound on foot from the | | |

15

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 1 | | | Southside of the parking lot. | | |
| 2<br>3<br>4<br>5 | | V-9 | Surveillance photo of Frederico Mercado following Susie Hacopian and catching up to her at the mid-point of the alley. | | |
| 6<br>7<br>8<br>9 | | V-10 | Surveillance photo of parking lot with Officers Bacon and Corcoran, walking at a normal pace eastbound. | | |
| 10<br>11<br>12 | | V-11 | Surveillance photo of Susie Hacopian walking southbound in Tribune Court (alley). | | |
| 13<br>14<br>15 | | V-12 | Surveillance photo of Officer Bacon walking at a normal pace, southbound toward 1st street. | | |
| 16<br>17<br>18<br>19<br>20 | | V-13 | Surveillance photo of Officer Corcoran talking to Frederico Mercado who is standing on the line dividing parking spaces # 48 and # 17. | | |
| 21<br>22<br>23<br>24<br>25 | | V-14 | Surveillance photo of Officer Bacon standing in the southern portion of Tribune Court speaking to someone, later seen to be Susie, in an alcove. | | |
| 26<br>27 | | V-15 | Surveillance photo of Officer Corcoran still standing between | | |
| 28 | | | | | |

16

| | | | | |
|---|---|---|---|---|
| | | spaces # 48 and # 17 talking to Frederico Mercado. | | |
| | V-16 | Surveillance photo of the first patrol unit arriving, driving through the parking lot from Pine Street. | | |
| | V-17 | Surveillance photo of patrol car arriving from 1st Street northbound through the alley of Tribune Court. | MAY – 4 2017 | MAY – 4 2017 |
| | V-18 | Surveillance photo of patrol unit at the parking lot and stopped angled next to parking space #48. | MAY – 4 2017 | MAY – 4 2017 |
| | V-19 | Surveillance photo of Officer Bacon remaining in the southern portion of Tribune Court while continuing to speak to Susie Hacopian, who remained in the alcove. | | |
| | V-20 | Surveillance photo of Officer Corcoran standing at the driver's door of Officer Saldana and Foster's patrol unit. | | |
| | V-21 | Surveillance photo of Officer Corcoran moving away from the driver's door of the unit. | MAY – 3 2017 | MAY – 3 2017 |

17

| | | | | |
|---|---|---|---|---|
| | | Frederico Mercado is still standing between spaces # 48 and # 17. | | |
| | V-22 | Surveillance photo of the second backup unit to arrive departing the Tribune Court (alley) northbound. | | |
| | V-23 | Surveillance photo of Officer Bacon remaining in the southern portion of Tribune Court and continuing to speak with Susie Hacopian, who remained in the alcove. | | |
| | V-24 | Surveillance photo of Officer Corcoran standing at the driver's door of Officer Saldana and Officer Foster's patrol unit. | MAY – 4 2017 | MAY – 4 2017 |
| | V-25 | Surveillance photo of Frederico Mercado walking away from the officers. | | |
| | V-26 | Surveillance photo of Officer Bacon walking back northbound toward the parking lot with Susie Hacopian following behind him. | | |
| | V-27 | Surveillance photo of Marcello Bedetti in the parking lot | | |

18

| | | | | |
|---|---|---|---|---|
| | | searching for a parking space. | | |
| | V-28 | Surveillance photo of Officer Bacon instructing Susie Hacopian to wait in the alley just short of the parking lot while Officers Saldana and Foster remain seated in their patrol unit. | | |
| | V-29 | Surveillance photo of Marcello Bedetti's headlights shining into Officers Saldana and Foster patrol unit while Susie Hacopian is seated on a step in the alley just prior to the parking lot. | | |
| | V-30 | Surveillance photo of Officer Foster shielding his eyes with his hands. | | |
| | V-31 | Surveillance photo of Marcello Bedetti turning off his headlights as he backed up to pull into space #16. Surveillance photo also captures Officers Bacon and Corcoran standing in parking space #48 close to Officer Foster and Saldana's marked unit. | | |

19

| | | | | |
|---|---|---|---|---|
| | | Frederico Mercado is also seen standing in front of parking space #16. | | |
| | V-32 | Surveillance photo of Officers Foster and Saldana shining their spotlight on Marcello Bedetti as Bedetti drove forward to park. | | |
| | V-33 | Surveillance photo of Marcello Bedetti pulling his Jeep into parking space #16 while Frederico Mercado is across the aisle from the officers as a truck passes by. | | |
| | V-34 | Surveillance photo of Officers Foster and Saldana remaining seated in their patrol unit while Susie Hacopian remains seated on a nearby step in the alley. | | |
| | V-35 | Surveillance photo of Officers Foster and Saldana remaining seated in their patrol unit while Susie Hacopian is remains seated on a nearby step in the alley. The surveillance photo also captures Officers Bacon and Corcoran standing in parking space #48 while talking | | |

20

| | | | | |
|---|---|---|---|---|
| | | to Frederico Mercado. | | |
| | V-36 | Surveillance photo of Felipe Baeza exiting the Jeep while Officers Bacon and Corcoran are standing in parking space #48. | | |
| | V-37 | Surveillance photo of Felipe Baeza standing outside of the Jeep near the Bedetti's driver-side door. | | |
| | V-38 | Surveillance photo of Officer Bacon back in the alley speaking to Susie Hacopian who remained seated on the step. | | |
| | V-39 | Surveillance photo of Officers Foster and Saldana remaining seated in their patrol unit. | | |
| | V-40 | Surveillance photo of Officers Foster and Saldana remaining seated in their patrol unit while Officer Bacon is still in the alley with Susie Hacopian. The surveillance photo also captures Officer Corcoran standing in space #48 watching Marcello Bedetti re-park his Jeep while Felipe Baeza stands in parking | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 1 | | | space #16 to help direct Bedetti. | | |
| 2 | | V-41 | Surveillance photo of Marcello Bedetti preparing to reverse into the parking space while Frederico Mercado walks away westbound in the parking lot. | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | V-42 | Surveillance photo of Frederico Mercado walking without police intervention. | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | V-43 | Surveillance photo of Officer Foster exiting his patrol unit and standing in space #17 while Marcello Bedetti positions the Jeep to reverse into the parking space. | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | V-44 | Surveillance photo of Marcello Bedetti exiting his Jeep to go speak to Officer Foster who is blocking the parking space. | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | V-45 | Surveillance photo of patrol car door open while Officer Saldana remains seated inside the patrol unit. | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | V-46 | Surveillance photo of Officer Saldana opening his patrol unit door while a skateboarder stands directly in front of the patrol | MAY - 3 2017 | MAY - 3 2017 |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |

22

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 1<br>2<br>3<br>4 | | | car.  The surveillance photo also captures Marcello and Felipe facing Officer Foster who is standing in space #17. | | |
| 5<br>6<br>7<br>8<br>9 | | V-47 | Surveillance photo of Officer Saldana outside the patrol unit moving toward Officer Foster, Marcello Bedetti and Felipe Baeza. | | |
| 10<br>11<br>12<br>13<br>14 | | V-48 | Surveillance photo of Officers Bacon and Corcoran watching as Susie Hacopian begins to reverse her car from her parking space. | | |
| 15<br>16<br>17<br>18 | | V-49 | Surveillance photo of Federico Mercado seen 6 parking stalls west of his wife on the opposite side of aisle. | | |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | | V-50 | Surveillance photo of Marcello Bedetti standing at the door of his Jeep while an officer stands toward the rear of the Jeep looking towards Susie Hacopian who is reversing her car.  The surveillance photo also captures another officer standing in front of parking space #16 with | | |
| 28 | | | | | |

23

| | | | | |
|---|---|---|---|---|
| | | Felipe Baeza. | | |
| | V-51 | Surveillance photo of an officer at parking space #14 watching Susie Hacopian reverse her car. | | |
| | V-52 | Surveillance photo of Marcello Bedetti surrounded by four officers. | | |
| | V-53 | Surveillance photo of all six officers converging on Marcello Bedetti. | | |
| | V-54 | Surveillance photo of Marcello Bedetti surrounded by officers. | | |
| | V-55 | Surveillance photo of another officer disengaged from the group that surrounded Marcello. The officer walks over to where Felipe Baeza is standing and observes. | | |
| | V-56 | Surveillance photo of woman standing near the patrol unit. | | |
| | V-57 | Surveillance photo of Marcello Bedetti in handcuffs and positioned on the ground. | | |
| | V-58 | Photograph of officers informing Marcello Bedetti of his arrest charges. | | |
| | V-59 | Photograph of officers | | |

24

| | | | | |
|---|---|---|---|---|
| | | discussing Marcello Bedetti's alleged threat. | | |
| | V-60 | Photograph of Frederico Mercado. | | |
| | V-61 | Photograph of an officer removing a gun from Marcello Bedetti's possession. | | |
| | V-62 | Photograph of officers applying physical restraint to Marcello Bedetti's leg. | | |
| | V-63 | Photograph of officer's twisting Marcello Bedetti's leg. | | |
| | VC-1 | Adjusting | | |
| | VC-2 | Arresting Bedetti (IMG_4974) | | |
| | VC-3 | Car pulling out. | | |
| | VC-4 | Clip removing gun | | |
| | VC-5 | Clip removing wallet | | |
| | VC-6 | Clip Spot Light | | |
| | VC-7 | Clip under arrest for | | |
| | VC-8 | Skateboarder | | |
| | VC-9 | Spot Light (2) | | |
| | VC-10 | Talking to officer | | |
| | VC-11 | Two guys talking | | |
| | VC-12 | Van arrives | | |
| | VC-13 | Van there | | |
| Y | | **CURT ROTHSCHILLER** | | |
| | Y-1 | Rule 26 Report            * | | |

25

| | Z | | **CURTIS COPE** | | |
|---|---|---|---|---|---|
| | | Z-1 | Rule 26 Report          * | | |
| | | Z-2 | CV                      * | | |
| | | Z-3 | List of Cases           * | | |
| | | Z-4 | Article: Documenting the Use of Force in the 21st Century - 2015 | | |
| | | Z-5 | Article: Understanding the Objectively Reasonable Standard: "Elements of Supervision – Part One" | | |
| | | Z-6 | Article: Understanding the Objectively Reasonable Standard | | |
| | | Z-7 | Article: Understanding the Objectively Reasonable Standard: "Defense of Others" | | |
| | | Z-8 | Article: Understanding the Objectively Reasonable Standard: "Effectuating an Arrest" | | |
| | | Z-9 | Article: Understanding the Objectively Reasonable Standard: "Elements of Supervision – Part Three" | | |
| | | Z-10 | Article: Understanding the Objectively Reasonable Standard: "Elements of | | |

26

| | | | | |
|---|---|---|---|---|
| | | Supervision – Part Two" | | |
| | Z-11 | Article: Understanding the Objectively Reasonable Standard: "Elements of Supervision – Part One" | | |
| | Z-12 | Article: Understanding the Objectively Reasonable Standard: "Overcome Resistance– Part Three" | | |
| | Z-13 | Article: Understanding the Objectively Reasonable Standard: "Overcome Resistance– Part Two" | | |
| | Z-14 | Article: Understanding the Objectively Reasonable Standard: "Elements of Supervision– Part Four" | | |
| | Z-15 | Article: Understanding the Objectively Reasonable Standard: "Prevent an Escape" | | |
| | Z-16 | Article: Understanding the Objectively Reasonable Standard: "Self Defense" | | |
| | Z-17 | Article:  Police  Liability  Issues: Overview | | |
| | Z-18 | Deposition          Transcript * | | |

27

1

2   Dated: March 28, 2017        LAW OFFICES OF MARK PACHOWICZ

3

4                     By: _____

5                        Mark Pachowicz
                         Attorney for Plaintiff

6                        MARCELO OSCAR BEDETTI

7

8   DATED: March 28, 2017         **CHARLES PARKIN, City Attorney**

9

10

11                     By: *Is/ HOWARD D. RUSSELL*

12                        Howard Russell, Deputy City Attorney
                       Attorney for Defendants

13                        CITY OF LONG BEACH, et al.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

28

1

## CERTIFICATE OF SERVICE

2

3

*Marcelo Bedetti v. City of Long Beach, et. al.*
**USDC Case No. CV 14-cv-09102-DMG (VBx)**

4

5

        I am employed in the County of Ventura, State of California. I am over the
age of eighteen years and not a party to the within action.  My business address is
771 E. Daily Drive, Suite 230, Camarillo, California, 93010.

6

7

8

**SEE ATTACHED SERVICE LIST**

9

☑     **ELECTRONIC SERVICE:**  I hereby certify that on **March 28, 2017,** I
        electronically filed the following documents with the Clerk of the Court by
        using the CM/ECF system: **Joint Exhibit List**

10

11

12

Participants in the case who are registered CM/ECF users will be served by the
CM/ECF system.

13

14

☑     **FEDERAL:**    I declare, under penalty of perjury, under the laws of the State
of California, that the foregoing is true and correct. I further declare that I am
employed in the office of a member of this bar at whose direction service was
made.

15

16

17

18

Executed this 28th day of March, 2017, at Camarillo, California.

19

20

By:  Cheryl D. Jones

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

CASE NO:
2:14-cv-08610 (CAS-JPR)

# SERVICE LIST

### *Bedetti v. The City of Long Beach et al.*
### United States District Court Case No.: 14-09102 DMG (VBKx))

Howard D. Russell, Deputy City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664
T: (562) 570-2200
F: (562) 436-1579
Charles.Parkin@longbeach.gov
Howard.russell@longbeach.gov

CERTIFICATE OF SERVICE

CASE NO:
2:14-cv-08610 (CAS-JPR)

LAW OFFICE OF
MARK PACHOWICZ, APLC
771 DAILY DR, STE. 230,
CAMARILLO, CA  93012
TEL. (805) 987-4975

MARK PACHOWICZ  (SBN 138108)
*mark@pachowicz.com*
JONNY RUSSELL (SBN 297468)
*jonny@pachowicz.com*
KATHLEEN CROUCH (SBN; 258650)
*kat@pachowicz.com*
Law Offices of Mark Pachowicz, APLC
771 Daily Drive, Suite 230
Camarillo, CA 93010
Tel:  (805) 987-4975


Attorneys for Plaintiff

MARCELO OSCAR BEDETTI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO OSCAR BEDETTI<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a Municipal Corporation formed upon a Charter; Long Beach Police Department, a public entity; JIM MCDONNELL, individually and in his capacity as Chief of Police; DAVID J. CORCORAN #5719, individually and in his capacity as a Police Officer, DOUGLAS E. BACON #5384, individually and in his capacity as a Police Officer; ROQUE O. FOSTER #5696, individually and in his capacity as a Police Officer; ALEXANDER M. SALDANA #5497, individually and in his capacity as a Police Officer; RANDALL JAMES BEACH #10071, individually and in his capacity as a Police Officer; JASON LEHMAN #10031, individually and in his capacity as a Police Officer; AND DOES 1-20<br><br>Defendants. | Case No.:  CV14-09102 DMG (JCx)<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Judge:  Hon. Dolly M. Gee<br><br><br>Trial Date:       May 2, 2017<br>Pre-Trial Date:   April 4, 2017 |

1

TO THIS HONORABLE COURT:

WHEREAS, the Pretrial Conference is scheduled for April 4, 2017 at 2:00

p.m., the Plaintiff offers his Witness List as follows:

<table>
<tr><td colspan="5" align="center"><strong>WITNESS LIST</strong></td></tr>
<tr><td colspan="5">Case Name:  Bedetti v. City of Long Beach et al.</td></tr>
<tr>
<td><strong>NAME OF WITNESS</strong></td>
<td><strong>SUBJECT OF TESTIMONY</strong></td>
<td><strong>DIRECT BY PLAINTIFF</strong></td>
<td><strong>CROSS-X BY DEFENSE</strong></td>
<td><strong>REDIRECT BY PLAINTIFF</strong></td>
</tr>
<tr>
<td><strong>1.<br>Sergeant Darren Lance</strong><br>MAY = 2 2017</td>
<td>The Sergeant called to the scene of the incident.  He wrote that there were no marks on Plaintiff Bedetti.  He will testify to his observations.</td>
<td>.25</td>
<td>.50</td>
<td></td>
</tr>
<tr>
<td><strong>2.<br>David Corcoran</strong><br>Officer Defendant<br><br>MAY = 3  2017</td>
<td>His conduct and observations , including that on November 16, 2013. All information regarding claims and defenses. regarding his use of force on and false arrest of plaintiff which causes him to be liable for the reasons set forth in the complaint. Prior use of force and department policies.</td>
<td>1.5</td>
<td>1.0</td>
<td></td>
</tr>
</table>

2

| | | | | |
|---|---|---|---|---|
| 3.<br>**Randy Beach**<br>Officer<br>Defendant<br><br>MAY – 2 2017 | His conduct and observations on November 16, 2013. All information regarding claims and defenses. His conduct, including that on   November 16, 2013 regarding his use of force on and false arrest of plaintiff which causes him to be liable for the reasons set forth in the complaint. Prior use of force, department policies and false statements. | 1.5 | 1.0 | |
| 4.<br>**Jason Lehman**<br>Officer<br>Defendant<br><br>MAY – 3 2017 | His conduct and observations on November 16, 2013. All information regarding claims and defenses. His conduct, including that on   November 16, 2013 regarding his use of force on and false arrest of plaintiff which causes him to be liable for the reasons set forth in the complaint. Prior use of force | 1.5 | 1.0 | |

3

**PLAINTIFF'S WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| | and department policies. | | | |
| 5.<br>**Roque Foster**<br>Officer<br>Defendant<br>MAY - 4 2017 | His conduct and observations on November 16, 2013. All information regarding claims and defenses. His conduct, including that on  November 16, 2013 regarding use of force on and false arrest of plaintiff which causes him to be liable for the reasons set forth in the complaint. Prior use of force and department policies. | 1.5 | 1.0 | |
| 6.<br>**Alexander Saldana**<br>Officer<br>Defendant<br>MAY - 4 2017 | His conduct and observations on November 16, 2013. All information regarding claims and defenses. His conduct, including that on November 16, 2013 regarding his use of force on and false arrest of plaintiff which causes him to be liable for the reasons set forth in | 1.5 | 1.0 | |

4

**PLAINTIFF'S WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| | the complaint. Prior use of force and department policies. | | | |
| **7. Douglas Bacon** Officer Defendant MAY 3 2017 | His conduct and observations on November 16, 2013. All information regarding claims and defenses. His conduct, including that on November 16, 2013 regarding use of force on and false arrest of plaintiff which causes him to be liable for the reasons set forth in the complaint. Prior use of force and department policies. | 1.5 | 1.0 | |
| **8. Ryan Lebaron** | PMK as to training. He is a Sergeant in the training division. Sergeants do not monitor use of force by officers and they do not care how many use of force incidents an officer has. | 1.0 | .75 | |
| **9. Nicholas Kent** MAY 4 2017 | Preformed a Drug Recognition Test on Plaintiff and will discuss the test and his findings. He will also testify | .50 | .25 | |

5

**PLAINTIFF'S WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| | | as to his observations. | | |
| **10. Patrick O'Dowd** | Defendants' PMK re: Internal Affairs. Process and procedures of complaints against officers. | 1.0 | .75 | |
| **11. Eduardo Reyes** | Gathered evidence from parking lot cameras. *(Should be by stipulation of the parties.)* | .0 | .25 | |
| **12. Robert Belcher** | Radio logs and transmissions. *(Should be by stipulation of the parties.)* | .0 | .25 | |
| **13. Sheriff Jim McDonnell** Defendant | His tenure as Chief as it relates to the claims and defenses at issue in the case. His failure to supervise and train. His failure to require competent investigations into the use of force and Penal Code Section 148 arrests by deputies and his ratification of that behavior. His failure to discipline those who improperly used force. His creation of a department where the culture, | 1.5 | .75 | |

6

| | | | | |
|---|---|---|---|---|
| | the use of force and policies were ignored.  His deliberate indifference toward the policies, practices, training of staff. His failure to have a system in place to track use of force by his officers. Admit responses to deposition questions. | | | |
| **14. Sergeant Dave Scott South Gate Internal Affairs \*\*** | Conducted South Gate Internal Affairs Interviews. of all defendants, plaintiff and witness Felipe Baeza. If needed to impeach officers. | | .75 | |
| **15. Curt Rothschiller** Plaintiff's Police Practices Expert MAY − 5 2017 | Expert who will testify regarding the opinions set forth in his Rule 26 report. to the use of excessive force incident to the arrest of plaintiff, lack of probable cause for the arrest, liability and causation issues. He will address law enforcement policies, practices and procedures and actions of Defendant | | 1.5 | 1.0 |

7

| | | | | |
|---|---|---|---|---|
| | Officers. He will testify to all opinions that are in his Rule 26 report. | | | |
| **16.** **Marcello Bedetti** Plaintiff MAY = 4 2017 MAY = 5 2017 | He was an off-duty police officer at the time of this incident who was out with a friend. . He will testify to his conduct and observations and damages. to the Defendants' conduct, regarding the incident occurring on November 16, 2013, regarding use of force on and false arrest of plaintiff and damages. He will testify as to his observations. | 1.5 | 1.0 | |
| **17.** **Felipe Beaza** Witness MAY − 3 2017 | He will testify to his conduct and observations that are relevant to the claims and defenses. to the Defendants' conduct regarding the incident occurring on November 16, 2013, including the video he took with his phone. He will also testify as to the rock concert he attended with | 1.0 | .75 | |

| | | | | |
|---|---|---|---|---|
| | | Bedetti and the fact that neither one had consumed alcohol. He will testify as to his observations. | | |
| | **18. Doug Carner** Plaintiffs Audio and Visual expert ** | Will testify to enhancing the video taken by Felipe Baeza on his cell phone. *(Should be by stipulation of the parties.)* | .0 | .25 |
| | **19. Joseph Cipollini** ** | Will testify to making the video clips from the parking lot videos and Filipe Baeza's video and the still photographs. *(Should be by stipulation of the parties.)* | .0 | .25 |
| | **20. Patrick Servnek D.O.** Plaintiff's Treating Physician | Treating physician as to Plaintiff's ankle leg injury existing at the time of the incident, follow-ups and medical effects of incident on the left leg and recovery time. Designation non-retained expert on opinions based upon observations and treatment. | .25 | .25 |
| | **21.** MAY − 4 2017 **Ricardo Lim** | Treated plaintiff after the incident as | .25 | .25 |

9

| | | | | |
|---|---|---|---|---|
| **M.D.** Plaintiff's Treating Physician | to complaints and injuries to face, head, back of head, left shoulder, lower back, left ankle, treatment, medical diagnosis and prognosis. Designation non-retained expert on opinions based upon observations and treatment. | | | |
| **22.** **Elsa del Rio-Elizarraraz M.D.** Plaintiff's Treating Physician | Will testify to Plaintiff's time off work, return to work, medical diagnosis and prognosis. Designation non-retained expert on opinions based upon observations and treatment. | .25 | .25 | |
| **23.** **Toni Ivashkov** | Will testify as to being charged with Penal Code sec. 148 and having excessive force used against her by Officer Lehman. | .50 | .25 | |
| **24.** **Dewayne Rose** | Will testify as to having excessive force used against him by Officer Lehman. | .50 | .50 | |
| **25.** **Elizabeth Cabello** | Will testify as to having excessive force used against her by Officer Saldana. | .50 | .5 | |

**PLAINTIFF'S WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| **26.**<br>**Paul**<br>**Estrada, Jr.** | Will testify as to having excessive force used against him by Officer Beach. | .50 | .50 | |
| **27.**<br>**Ashleigh**<br>**Sola** | Will testify as to having excessive force used against her by Officer Corcoran. | .50 | .50 | |
| **28.**<br>**Kara**<br>**Stevenson** | Will testify as to having excessive force used against her by Officer Bacon. | .50 | .50 | |
| **29.**<br>**Reginald**<br>**Perkins** | Will testify as to having excessive force used against him by Officer Foster. | .50 | .50 | |

Plaintiff further reserves the right to call any subpoenaed individual as listed by the defense on its witness list.

Dated: March 28, 2017          LAW OFFICES OF MARK PACHOWICZ

By:_____/S/_____

Mark Pachowicz
Attorney for Plaintiff, Marcello Bedetti

11

## CERTIFICATE OF SERVICE

### *Marcelo Bedetti v. City of Long Beach, et. al.*
### USDC Case No. CV 14-cv-09102-DMG (VBx)

    I am employed in the County of Ventura, State of California. I am over the age of eighteen years and not a party to the within action.  My business address is 771 E. Daily Drive, Suite 230, Camarillo, California, 93010.

**SEE ATTACHED SERVICE LIST**

☐    **ELECTRONIC SERVICE:**  I hereby certify that on **March 28, 2017**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system: **Plaintiff's Witness List.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑    **FEDERAL:**  I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. I further declare that I am employed in the office of a member of this bar at whose direction service was made.

Executed this 28th day of March, 2017, at Camarillo, California.

By:  Cheryl D. Jones

LAW OFFICE OF
MARK PACHOWICZ, APLC
771 DAILY DR, STE. 230,
CAMARILLO, CA  93012
TEL. (805) 987-4975

CERTIFICATE OF SERVICE

CASE NO:
2:14-cv-08610 (CAS-JPR)

## SERVICE LIST

*Bedetti v. The City of Long Beach et al.*
**United States District Court Case No.: 14-09102 DMG (VBKx))**

Howard D. Russell, Deputy City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664
T: (562) 570-2200
F: (562) 436-1579
Charles.Parkin@longbeach.gov
Howard.russell@longbeach.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**CASE NO:**
2:14-cv-08610 (CAS-JPR)

LAW OFFICE OF
MARK PACHOWICZ, APLC
771 DAILY DR, STE. 230.
CAMARILLO, CA  93012
TEL. (805) 987-4975

1  CHARLES PARKIN, City Attorney
2  HOWARD D. RUSSELL, Deputy City Attorney
   State Bar No. 163595
3  333 West Ocean Boulevard, 11th Floor
   Long Beach, California 90802-4664
4  Telephone:   (562) 570-2200
   Facsimile:    (562) 436-1579
5  Email:        howard.russell@longbeach.gov

6  Attorneys for Defendants
   CITY OF LONG BEACH, et al.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARCELO OSCAR BEDETTI           | Case No.:  CV14-09102 DMG (JCx)

12           Plaintiff,             | Honorable Dolly Gee

13      vs.                         | **DEFENDANTS' WITNESS LIST**

14  CITY OF LONG BEACH, et al.

15           Defendants.            | FPTC:        April 4, 2017
                                    | Time:        2:00 p.m.
16                                  | Ctrm:        8C (1st Street)

17                                  | Trial Date:  May 2, 2017
                                    | Time:        8:00 a.m.
18                                  | Ctrm:        8C (1st Street)

19

20          Defendants, CITY OF LONG BEACH, et al., hereby submit the following list

21  of witnesses who may be called during the trial of this matter; asterisks placed by a

22  witness's name indicate that the witness may be called only if the need arises.

23          Defendants reserve the right to call witnesses who are listed on any other

24  party's list, and to call witnesses not listed below for the purposes of rebuttal or

25  impeachment.

26          / / /

27          / / /

28

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

1

**DEFENDANTS' WITNESS LIST**

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

1. Plaintiff Marcelo Bedetti.  <u>Subject</u>:  incident, damages.

   <u>Plaintiff's Time</u>:  1.5 hours

   <u>Defendants' Time</u>: 1.0 hours.

2. Defendant Officer Douglas Bacon.  <u>Subject</u>: incident, training, experience.

   <u>Plaintiff's Time</u>:  1.5 hours

   <u>Defendants' Time</u>: 1.0 hours.

3. Defendant Officer Randall Beach.  <u>Subject</u>: incident, training, experience.

   <u>Plaintiff's Time</u>:  1.5 hours

   <u>Defendants' Time</u>: 1.0 hours.

4. Defendant Officer David Corcoran.  <u>Subject</u>: incident, training, experience.

   <u>Plaintiff's Time</u>:  1.5 hours

   <u>Defendants' Time</u>: 1.0 hours.

5. Defendant Officer Roque Foster. <u>Subject</u>: incident, training, experience.

   <u>Plaintiff's Time</u>: 1.5 hours

   <u>Defendants' Time</u>: 1.0 hours.

6. Defendant Officer Jason Lehman.  <u>Subject</u>: incident, training, experience.

   <u>Plaintiff's Time</u>: 1.5 hours

   <u>Defendants' Time</u>: 1.0 hours.

7. Defendant Officer Alexander Saldana.  <u>Subject</u>: incident, training, experience.

   <u>Plaintiff's Time</u>: 1.5 hours

   <u>Defendants' Time</u>: 1.0 hours.

8. Lieutenant Ryan Lebaron. <u>Subject</u>: LBPD use-of-force policies,

2

**DEFENDANTS' WITNESS LIST**

training, and techniques; California P.O.S.T. standards.

Plaintiff's Time: 1.0 hours

Defendants' Time: .75 hours.

9. Lieutenant Patrick O'Dowd. Subject: LBPD Internal Affairs policies and practices.

Plaintiff's Time: 1.0 hours

Defendants' Time: .75 hours

10. Lieutenant Darren Lance. Subject: conducted post-incident use-of-force investigation.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours

11. *Officer John Garry. Subject: post-incident photographs.

Plaintiff's Time: .25 hours

Defendants' Time: .25 hours.

12. *Jeff Megee. Subject: prosecutor in *People v. Bedetti*.  MAY = 5 2017

Plaintiff's Time: .25 hours

Defendants' Time: .75 hours.

13. Suzie Hacopian. Subject: percipient witness to events preceding the incident, and certain events during the incident.

Plaintiff's Time: .5 hours

Defendants' Time: .5 hours

14. *Christina Merran. Subject: percipient witness to events preceding the incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours

15. Felipe Baeza. Subject: percipient witness to incident.

Plaintiff's Time: 1.0 hours

Defendants' Time: .75 hours.

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

3

**DEFENDANTS' WITNESS LIST**

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

16. *Karen Villanueva.  <u>Subject</u>: percipient witness to events preceding incident.

    <u>Plaintiff's Time</u>: .25 hours

    <u>Defendants' Time</u>: .5 hours.

17. *Officer Derek Ernest.  <u>Subject</u>: post-incident interview of Suzie Hacopian.

    <u>Plaintiff's Time</u>: .25 hours

    <u>Defendants' Time</u>: .5 hours.

18. *Officer Shawn Loughlin. <u>Subject</u>; post-incident interview of Suzie Hacopian.

    <u>Plaintiff's Time</u>: .25 hours

    <u>Defendants' Time</u>: .5 hours.

19. *Federico Mercado. <u>Subject</u>: percipient witness to events preceding the incident and certain events during the incident.

    <u>Plaintiff's Time</u>: .5 hours

    <u>Defendants' Time</u>: .5 hours.

20. *Detective David Ternullo.  <u>Subject</u>: post-incident interview of Federico Mercado.

    <u>Plaintiff's Time</u>: .25 hours

    <u>Defendants' Time</u>: .5 hours.

21. * South Gate PD Captain Darren Arakawa.  <u>Subject</u>: South Gate PD Internal Affairs investigation concerning the incident.

    <u>Plaintiff's Time</u>: .5 hours

    <u>Defendants' Time</u>: .5 hours.

**Witnesses Who Will Provide Expert Testimony**

22. Curtis J. Cope <u>Subject</u>: Defendants' police practices expert; will testify consistent with opinions expressed in Fed.R.Civ.P. 26 report and

MAY − 5 2017

4

**DEFENDANTS' WITNESS LIST**

during deposition.

Plaintiff's Time: 1.25 hours

Defendants' Time: 1.5 hours

**Witnesses Who May Testify During *Monell* Phase**

23. *Los Angeles County Sheriff Jim McDonnell.  Subject: LBPD policies, practices, customs.

Plaintiff's Time: 1.0 hours

Defendants' Time: 1.0 hours.

24.  *Officer Humberto Reyes-Suarez.  Subject: Sola incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

25. *Officer Francisco Vazquez. Subject: Sola incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

26. *Officer Jose Rios. Subject: Sola incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

27. *Officer Robert Cruz. Subject: Sola incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

28. *Officer Juan Ortiz-Ferrer. Subject: Sola incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

29.  *Officer Ernesto Perez. Subject: Sola incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

30. *Anaheim PD Officer Kalid Abuhadwan. Subject: Sola incident.

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

5

**DEFENDANTS' WITNESS LIST**

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Lone Beach. CA 90802-4664

1  Plaintiff's Time: .25 hours

2  Defendants' Time: .5 hours.

3  31. *Officer Alberto Leon. Subject: Sola incident.

4  Plaintiff's Time: .25 hours

5  Defendants' Time: .5 hours.

6  32. *Sergeant Michael Richens. Subject: Sola incident.

7  Plaintiff's Time: .25 hours

8  Defendants' Time: .5 hours.

9  33. *Sergeant Abram Yap. Subject: Sola incident.

10  Plaintiff's Time: .25 hours

11  Defendants' Time: .5 hours.

12  34. *Officer Martin Ron. Subject: Sola incident.

13  Plaintiff's Time: .25 hours

14  Defendants' Time: .5 hours.

15  35. *Officer Juan Reyes. Subject: Sola incident.

16  Plaintiff's Time: .25 hours

17  Defendants' Time: .5 hours.

18  36. *Officer Shannon Phillips. Subject: Sola incident.

19  Plaintiff's Time: .25 hours

20  Defendants' Time: .5 hours.

21  37. *Sergeant Carlos Nava. Subject: Sola incident.

22  Plaintiff's Time: .25 hours

23  Defendants' Time: .5 hours.

24  38. *Officer Javier Valencia. Subject: Ivashkov incident.

25  Plaintiff's Time: .25 hours

26  Defendants' Time: .5 hours.

27  39. *Sergeant Herbert Smith.  Subject: Ivashkov incident.

28  Plaintiff's Time: .25 hours

**DEFENDANTS' WITNESS LIST**

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

Defendants' Time: .5 hours.

40. *Officer Christopher Brammer.  Subject: Ivashkov incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours

41. *Deputy Chief Richard Conant. Subject: Dewayne Rose incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

42. *Sergeant Megan Zabel.  Subject:  Elizabeth Cabello incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

43. *Sergeant Paul Gallo. Subject: Elizabeth Cabello incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

44. *Officer Bernardo Barajas. Subject: Estrada, Jr. incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

45. *Sergeant Paul Esko. Subject: Kara Stevenson incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours.

46. *(ret.) Commander Josef Levy. Subject: Reginald Perkins incident.

Plaintiff's Time: .25 hours

Defendants' Time: .5 hours

**DEFENDANTS' WITNESS LIST**

1      * Will only be called if necessary.

2      / / /

3      / / /

4      / / /

5

6

7  DATED:  March 28, 2017

8                         CHARLES PARKIN, City Attorney

9

10                            */s/ HOWARD D. RUSSELL*
                          By: _____

11                            HOWARD D. RUSSELL

12                            Deputy City Attorney
                      Attorneys for Defendants

13                    CITY OF LONG BEACH, et al.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

8

**DEFENDANTS' WITNESS LIST**