FILED
CLERK, U.S. DISTRICT COURT
May 8, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: KT  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARCELO BEDETTI,

    Plaintiff,

v.

CITY OF LONG BEACH, et al.,

    Defendants.

Case No. CV 14-9102-DMG (JCx)

**VERDICT FORM**

**REDACTED AS TO THE FOREPERSON'S NAME**

We, the jury in the above-entitled action, reach our unanimous verdict on the following questions submitted to us:

## 42 U.S.C. § 1983 (FOURTH AMENDMENT VIOLATION – ARREST WITHOUT PROBABLE CAUSE)

Question No. 1: On Plaintiff's claim for violation of his Fourth Amendment right to be free from arrest without probable cause, do you find for Plaintiff or for Defendant officer(s)? (Please, check as to each defendant)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to Officer Corcoran | _____ | ✓ |

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to Officer Saldana | _____ | ✓ |
| As to Officer Bacon | _____ | ✓ |
| As to Officer Foster | _____ | ✓ |
| As to Officer Beach | _____ | ✓ |
| As to Officer Lehman | _____ | ✓ |

If you found for Plaintiff in response to Question No. 1 as to any defendant, then answer Question No. 2 for the defendant(s) as to whom you found for Plaintiff. If you found for all defendants in response to Question No. 1, skip Question No. 2 and proceed to Question No. 3.

Question No. 2: With respect to the defendant(s) as to whom you found in favor of Plaintiff in response to Question No. 1, do you find by a preponderance of the evidence that the defendant engaged in the conduct with malice, oppression or reckless disregard of Plaintiff's rights?

| | Yes | No |
|---|---|---|
| Officer Corcoran | ____ | ____ |
| Officer Saldana | ____ | ____ |
| Officer Bacon | ____ | ____ |
| Officer Foster | ____ | ____ |
| Officer Beach | ____ | ____ |
| Officer Lehman | ____ | ____ |

**42 U.S.C. § 1983 (FOURTH AMENDMENT VIOLATION – EXCESSIVE FORCE)**

Question No. 3: On Plaintiff's claim for violation of his Fourth Amendment right to be free from excessive force, do you find for Plaintiff or for Defendant(s)? (Please, check as to each defendant)

|   | For Plaintiff | For Defendant |
|---|---|---|
| As to Officer Corcoran | ✓ | |
| As to Officer Saldana | ✓ | |
| As to Officer Beach | | ✓ |
| As to Officer Lehman | | ✓ |

If you found for Plaintiff in response to Question No. 3 as to any defendant, then answer Question No. 4 for the defendant(s) as to whom you found for Plaintiff. If you found for all defendants in response to Question No. 3, skip Question No. 4 and proceed to Question No. 5.

Question No. 4: With respect to the defendant(s) as to whom you found in favor of Plaintiff in response to Question No. 3, do you find by a preponderance of the evidence that the defendant engaged in the conduct with malice, oppression or reckless disregard of Plaintiff's rights?

|   |   |   |
|---|---|---|
| Officer Corcoran | ✓ Yes | ~~No~~ |
| Officer Saldana | ___ Yes | ✓ No |
| Officer Beach | ___ Yes | ___ No |
| Officer Lehman | ___ Yes | ___ No |

## 42 U.S.C. § 1983 (FIRST AMENDMENT VIOLATION – FREE SPEECH)

Question No. 5: On Plaintiff's claim for violation of his First Amendment right to exercise free speech, do you find for Plaintiff or for Defendant(s)? (Please, check as to each defendant)

|   | For Plaintiff | For Defendant |
|---|---|---|
| As to Officer Corcoran | | ✓ |
| As to Officer Saldana | | ✓ |
| As to Officer Bacon | | ✓ |

|   |   | For Plaintiff | For Defendant |
|---|---|---|---|
| 2 | As to Officer Foster | | ✓ |
| 3 | As to Officer Beach | | ✓ |
| 4 | As to Officer Lehman | | ✓ |

6 If you found for Plaintiff in response to Question No. 5 as to any defendant, then
7 answer Question No. 6 for the defendant(s) as to whom you found for Plaintiff. If you
8 found for all defendants in response to Question No. 5, skip Question No. 6 and proceed
9 to Question No. 7.

11 Question No. 6: With respect to the defendant(s) as to whom you found in favor
12 of Plaintiff in response to Question No. 5, do you find by a preponderance of the
13 evidence that the defendant engaged in the conduct with malice, oppression or reckless
14 disregard of Plaintiff's rights?

| | | | |
|---|---|---|---|
| 15 | Officer Corcoran | _____ Yes | _____ No |
| 16 | Officer Saldana | _____ Yes | _____ No |
| 17 | Officer Bacon | _____ Yes | _____ No |
| 18 | Officer Foster | _____ Yes | _____ No |
| 19 | Officer Beach | _____ Yes | _____ No |
| 20 | Officer Lehman | _____ Yes | _____ No |

**BATTERY (State Law)**

23 Question No. 7: On Plaintiff's claim for battery, do you find for Plaintiff or for
24 Defendant officer(s)? (Please, check as to each defendant)

|   |   | For Plaintiff | For Defendant |
|---|---|---|---|
| 26 | As to Officer Corcoran | ✓ | |
| 27 | As to Officer Saldana | ✓ | |
| 28 | As to Officer Beach | | ✓ |

-4-

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to Officer Lehman |  | ✓ |

**FALSE ARREST (State Law)**

Question No. 8:   On Plaintiff's claim for false arrest, do you find for Plaintiff or for Defendant officer(s)? (Please, check as to each defendant)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to Officer Corcoran |  | ✓ |
| As to Officer Saldana |  | ✓ |
| As to Officer Bacon |  | ✓ |
| As to Officer Foster |  | ✓ |
| As to Officer Beach |  | ✓ |
| As to Officer Lehman |  | ✓ |

**NEGLIGENCE (State Law)**

Question No. 9:   On Plaintiff's claim for negligence, do you find for Plaintiff or for Defendant officer(s)? (Please, check as to each defendant)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to Officer Corcoran | ✓ |  |
| As to Officer Saldana | ✓ |  |
| As to Officer Beach |  | ✓ |
| As to Officer Lehman |  | ✓ |

If you found for Plaintiff in response to Question No. 9 as to any defendant, then answer Question No. 10. If you found for all defendants in response to Question No. 9, skip Questions No. 10, No. 11, and No. 12 and proceed to Question No. 13.

Question No. 10:   Was Plaintiff negligent? (check one)

    ✓ Yes    ~~No~~

If you answered "Yes" in response to Question No. 10, then answer Question No. 11. If you answered "No" in response to Question No. 10, skip Questions No. 11 and No. 12, and proceed to Question No. 13.

Question No. 11: Was Plaintiff's negligence a substantial factor in causing Plaintiff's injury? (check one)

    _____ Yes    ✓ No

If you answered "Yes" in response to Question No. 11, then answer Question No. 12. If you answered "No" in response to Question No. 11, skip Question No. 12 and proceed to Question No. 13.

Question No. 12: What percentage of responsibility for Plaintiff's harm do you assign to Defendants and to Plaintiff?

|  |  |
|---|---|
| Defendants | _____ % |
| Plaintiff | _____ % |
| Total | 100% |

If you found for Plaintiff as to any defendant in response to Question No. 1, No. 3, No. 5, No. 7, No. 8, or No. 9, then answer Question No. 13. If you found for all defendants in response to Questions No. 1, No. 3, No. 5, No. 7, No. 8 and No. 9, skip Question No. 13 and have the presiding juror sign and date this verdict form.

**DAMAGES**

    Question No. 13:   State the amount of Plaintiff's compensatory damages:

| | |
|---|---|
| Past non-economic damages | $ 1,500,000 |
| Future non-economic damages | $ 1,500,000 |
| Attorneys' fees & costs incurred in criminal case | $ 0 |
| Total | $ 3,000,000 |

DATE: 5/8/17