JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARCELO OSCAR BEDETTI, | CASE NUMBER |
| --- | --- |
| PLAINTIFF, | CV 14-9102-DMG (JCx) |
| v. | |
| CITY OF LONG BEACH, ET AL., | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF** |
| DEFENDANTS. | |

    This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff Marcelo Oscar Bedetti recover of the defendants the sum of $3,000,000.

                                                    Clerk, U. S. District Court

Dated: May 15, 2017                           By    /s/
                                                                    Kane Tien, Deputy Clerk