Mark R. Pachowicz (SBN 138108)
*mark@pachowicz.com*
LAW OFFICES OF MARK R. PACHOWICZ
4055 Mission Oaks Blvd., Suite A
Camarillo, California 93012
Tel: 805-987-4975; Fax: 805-987-4980
Attorneys for Plaintiff Marcelo Bedetti

Attorneys for Defendants
Howard D. Russell
*Howard.Russell@longbeach.gov*
Deputy City Attorney
Office of the Long Beach City Attorney
333 West Ocean Blvd., 11th Floor
Long Beach, CA 90802
Tel: 562-570-2233; Fax: 562-436-1579

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO OSCAR BEDETTI<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF LONG BEACH, et. al.,<br><br>DEFENDANTS. | CASE NO. CV 14-09102-DMG (VBKx)<br>[*Assigned to Hon. Dolly M. Gee*]<br><br>**ACKNOWLEDGMENT RE: SATISFACTION OF JUDGMENT** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. The judgment creditor has accepted payment in Full Satisfaction of the Judgment, including claimed and disputed attorneys' fees and costs, and full satisfaction of judgment is hereby acknowledged.

///

2. The Judgment Creditor is Plaintiff MARCELO BEDETTI c/o

Mark R. Pachowicz (SBN 138108)
mark@pachowicz.com
LAW OFFICES OF MARK R. PACHOWICZ
4055 Mission Oaks Blvd., Suite A
Camarillo, California 93012
Tel: 805-987-4975; Fax: 805-987-4980

3. The Judgment Debtors being released are Defendants CITY OF LONG BEACH, DAVID CORCORAN and ALEXANDER SALDANA, (hereinafter collectively "defendants") c/o

Howard D. Russell
Howard.Russell@longbeach.gov
Deputy City Attorney
Office of the Long Beach City Attorney
333 West Ocean Blvd., 11th Floor
Long Beach, CA 90802
Tel: 562-570-2233; Fax: 562-436-1579

4. The original judgment on jury verdict was entered on May 15, 2017. [Dkt. 134]. Post-trial Motions for Costs [Dkt. 150]; Attorneys' Fees [Dkt. 151], Renewed Motion for Judgment [Dkt. 143] and Motion for New Trial [Dkt. 144] have been resolved by the parties with this Acknowledgment re: Satisfaction.

///
///
///
///
///
///
///
///

2

1     So acknowledged.

2

3

4   DATED: April 30, 2018     OFFICE OF THE LONG BEACH CITY ATTORNEY

5                                         /S/

6                           By _____

7                           Howard D. Russell, Attorney for Defendants
                              CITY OF LONG BEACH, et.al.

8

9   DATED: April 30, 2018     LAW OFFICES OF MARK R. PACHOWICZ

                                        /S/

10                          By _____

11                          Mark R. Pachowicz, Attorney for Plaintiff,
                            MARCELO OSCAR BEDETTI

# CERTIFICATE OF SERVICE

*Marcelo Bedetti v. City of Long Beach, et. al.*
**USDC Case No. CV 14-09102 DMG**

I am employed in the County of Ventura, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 4055 Mission Oaks Blvd., Suite A, Camarillo, California, 93012.

On the date shown below, I served the foregoing document described as, on the interested parties in this action as follows: **Acknowledgment Re: Satisfaction of Judgment.**

**SEE ATTACHED SERVICE LIST**

☑ **ELECTRONIC SERVICE:** I hereby certify that on April 30, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ **FEDERAL:** I declare, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. I further declare that I am employed in the office of a member of this bar at whose direction service was made.

Executed April 30, 2018 at Camarillo, California.

*Cheryl Jones*
Cheryl Jones

LAW OFFICE OF MARK PACHOWICZ, APLC
771 DAILY DR, STE. 230.
CAMARILLO, CA 93012
TEL. (805) 987-4975

CERTIFICATE OF SERVICE

CASE NO.:
CV 14-09102-DMG

-2-

## SERVICE LIST

*Marcelo Bedetti v. City of Long Beach, et. al.*
**USDC Case No. CV 14-09102 DMG**

Howard D. Russell, Deputy City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664
T: (562) 570-2200
F: (562) 436-1579
Charles.Parkin@longbeach.gov
Howard.russell@longbeach.gov

CERTIFICATE OF SERVICE

CASE NO:
CV 14-09102-DMG

LAW OFFICE OF
MARK PACHOWICZ, APLC
771 DAILY DR, STE. 230.
CAMARILLO, CA 93012
TEL. (805) 987-4975